UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVEYLYN MONTESINO,

    Plaintiff,

v.

FAY SERVICING, LLC; PARTNERS FOR PAYMENT RELIEF DE IV, LLC,

Defendants.

C.A. No. 1:22-cv-00011

## CORPORATE DISCLOSURE STATEMENT OF FAY SERVICING LLC

Defendant, Fay Servicing, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3, discloses: Fay Servicing, LLC is a wholly-owned subsidiary of Fay Financial, LLC. No publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

FAY SERVICING, LLC

By: Their Attorneys

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
Jamal D. Burk, Bar No. 9550
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Tel: 401-751-0842/Fax: 401-751-0072
Email: sbodurtha@hinshawlaw.com
      jburk@hinshawlaw.com

Dated: January 7, 2022

1046898\309823878.v1

## CERTIFICATE OF SERVICE

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Samuel C. Bodurtha
      Samuel C. Bodurtha, Bar #7075