# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EVEYLYN MONTESINO,<br><br>      Plaintiff,<br><br>v.<br><br>FAY SERVICING, LLC; PARTNERS FOR PAYMENT RELIEF DE IV, LLC,<br><br>      Defendants. | C.A. No. 1:22-cv-00011 |

**CORRECTED CORPORATE DISCLOSURE STATEMENT OF FAY SERVICING LLC**

Defendant, Fay Servicing, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3, discloses: Fay Servicing, LLC is a wholly-owned subsidiary of Fay Financial, LLC. No publicly held corporation owns ten percent or more of its stock. Fay Financial, LLC's member manager is Edward Fay, a resident of Tampa, Florida.

Respectfully submitted,

FAY SERVICING, LLC

By: Its Attorneys

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Tel: 401-751-0842/Fax: 401-751-0072
Email: sbodurtha@hinshawlaw.com

Dated:   June 2, 2023

## CERTIFICATE OF SERVICE

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Samuel C. Bodurtha
      Samuel C. Bodurtha, Bar #7075

1046898\313717278.v1